■ STEPHEN INSALACO, Appellant, v ALAIMO ENTERPRISES, LTD., Respondent. [698 NYS2d 210] —Order unanimously affirmed

with costs for reasons stated at Supreme Court, Lunn, J. (Appeal from Order of Supreme Court, Monroe County, Lunn, J.—Dismiss Pleading.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.